# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**David L. Williams** : Case No. 13–21954–CMB
*Debtor(s)* : Chapter: 13
:
U.S. Bank, N.A., et al :
*Movant,* :
: Related to Claim No. 13
v. :
David L. Williams and :
Ronda J. Winnecour, Esq., Trustee :
*Respondent.* :

## ORDER

      **AND NOW**, this **26th day of August, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *U.S. Bank, N.A., et al* at Claim No. 13 in the above–captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty–one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self–schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                                                          Carlota M. Böhm, Judge
                                                          United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David L. Williams
    Debtor

Case No. 13-21954-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Aug 26, 2016
                     Form ID: 237    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
db         David L. Williams,    P.O. Box 5426,    Pittsburgh, PA   15206-0426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    U.S. Bank, National Association, as Trustee agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Andrew F Gornall    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the certificateholders of the Bear Stearns Asset Backed Securities I LLC Asset-Backed Certificate agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Eugene D. Frank    on behalf of Debtor David L. Williams efrank.esq@comcast.net
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com, cnoroski@grblaw.com
         Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE1, Asset-Backed Certificates Series 2005-HE1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         Matthew Christian Waldt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the certificateholders of the Bear Stearns Asset Backed Securities I LLC Asset-Backed Certificate mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                                       TOTAL: 13