## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: David L. Williams  
      Debtor(s)

CHAPTER 13

BKY. NO. 13-21954

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, in trust for the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE1, Asset-Backed Certificates Series 2005-HE1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6743

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**  
                James C. Warmbrodt, Esquire  
                jwarmbrodt@kmllawgroup.com  
                Attorney I.D. No. 42524  
                KML Law Group, P.C.  
                701 Market Street, Suite 5000  
                Philadelphia, PA 19106  
                Phone: 215-825-6306  
                Fax: 215-825-6406  
                Attorney for Movant/Applicant