STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>David L. Williams | Chapter 13<br><br>Case Number: 13-21954-CMB |
|---|---|

## NOTICE OF APPEARANCE

U.S. Bank, N.A.[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
***STERN & EISENBERG, PC***
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 2ND DAY OF MAY, 2017.

By:    /s/William E. Miller, Esquire
☒   William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone:  (215) 572-8111
Facsimile:  (215) 572-5025
Bar Number:  308951
wmiller@sterneisenberg.com

---

1. Full title of Creditor is as follows: U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE1, Asset-Backed Certificates Series 2005-HE1.
2. The current Servicer of this loan is Select Portfolio Servicing.
3. For reference, the property address associated with the undersigned's representation is 524 Mellon St, Pittsburgh, PA 15206.

# **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

David L. Williams
P.O. Box 5426
Pittsburgh, PA 15206

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Eugene D. Frank, Esquire
600 Grant Street
Suite 660
Pittsburgh, PA 15219

                Respectfully Submitted:

                Stern & Eisenberg, PC

By:   /s/ William E. Miller, Esquire
       ☒ William E. Miller, Esquire
       Stern & Eisenberg, PC
       1581 Main Street, Suite 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: (215) 572-8111
       Facsimile: (215) 572-5025
       Bar Number: 308951
       wmiller@sterneisenberg.com

Date: May 2, 2017