# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

01/05/2018

IN RE:

| | |
|---|---|
| DAVID L. WILLIAMS<br>P.O. BOX 5426<br>PITTSBURGH,  PA  15206-0426<br>XXX-XX-8870          Debtor(s) | Case No.13-21954 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/5/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:3 | ACCOUNT NO.: 8013 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM: 6,488.14 | |
| PITTSBURGH, PA 15219 | COMMENT: 8002~DISPUTED/SCH | |

| | | |
|---|---|---|
| **US BANK NA** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SRVCNG INC* | Court Claim Number:13-2 | ACCOUNT NO.: 6743 |
| POB 65450* | | |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84165 | COMMENT: PMT/DECL*DK4PMT-LMT*AMD*BGN 6/13 | |

| | | |
|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** | Trustee Claim Number:3   INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC | Court Claim Number:6 | ACCOUNT NO.: 83-A-92;09-13 |
| 102 RAHWAY RD | | |
| | CLAIM: 8,056.14 | |
| MCMURRAY, PA 15317 | COMMENT: CL 6 GOVS*5342.99@10%~08-11@TOT/PL*DKT | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:4   INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:4 | ACCOUNT NO.: 83-A-92;09-11,13 |
| POB 200 | | |
| | CLAIM: 1,396.27 | |
| BETHEL PARK, PA 15102 | COMMENT: CL 4 GOVS*1923.61@12%~07-11@TOT/PL*W/35 | |

| | | |
|---|---|---|
| **EQUITABLE GAS CO (*)** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 225 NORTH SHORE DR | Court Claim Number: | ACCOUNT NO.: AR07002041: 07-13 |
| | | |
| | CLAIM: 5,974.18 | |
| PITTSBURGH, PA 15212 | COMMENT: $@0%/@K/PL*99.57MO/PL*JUDGMENT | |

| | | |
|---|---|---|
| **GINA SPRUILL** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5718 WELLESLEY ST #2 | Court Claim Number: | ACCOUNT NO.: AR06005457 |
| | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15208 | COMMENT: DKT | |

| | | |
|---|---|---|
| **US BANK NA** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SRVCNG INC* | Court Claim Number:12 | ACCOUNT NO.: 4439 |
| POB 65450* | | |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84165 | COMMENT: SURR/PL@JPMGN CHASE*CL=91425.78*FR US BK NA-DOC 43 | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTH*** | Trustee Claim Number:8   INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC* | Court Claim Number:7 | ACCOUNT NO.: 83-A-92; 2011, 2013 |
| 102 RAHWAY RD | | |
| | CLAIM: 345.79 | |
| MCMURRAY, PA 15317 | COMMENT: CL 7 GOVS*390.64@10%/TTL PL~2010-11*DKT*W/32*CL=418.68~PIF/CR/LTR | |

| | | |
|---|---|---|
| **PNC BANK** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| ATTN AVP - LOC ID P1-POPP-18-1 | Court Claim Number:2 | ACCOUNT NO.: 9836 |
| 249 FIFTH AVE | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15222 | COMMENT: PMT/NOTE-PL*221.23 X (60+2)=LMT*D | |

| | | |
|---|---|---|
| **PREMIER RECOVERY SERVICES INC** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 14235 | Court Claim Number: | ACCOUNT NO.: GD07001829 |
| | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15239 | COMMENT: JUDGMENT*DISPUTED*DKT | |

| | | |
|---|---|---|
| **WOODLAND HILLS SD (TURTLECREEK)(RE)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC - DLNQ CLCTR | Court Claim Number:5 | ACCOUNT NO.:  456-C-109;07 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT:  SURR/PL*CL=111.64 | |

| | | |
|---|---|---|
| **LYNNETTE WILLIAMS** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  SUPPORT/ALIMONY ARR. |
| 59 N BRYANT AVENUE | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15202 | COMMENT:  NO$/SCH-PL | |

| | | |
|---|---|---|
| **AFNI INC**++** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 404 BROCK DR | Court Claim Number: | ACCOUNT NO.:  ? |
| POB 3667 | | |
| | CLAIM:  0.00 | |
| BLOOMINGTON, IL  61702-3667 | COMMENT:  DISPUTED | |

| | | |
|---|---|---|
| **BACK BOWL I LLC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number: | ACCOUNT NO.:  ? |
| POB 3978 | | |
| | CLAIM:  0.00 | |
| SEATTLE, WA  98124 | COMMENT:  DISPUTED | |

| | | |
|---|---|---|
| **CAPITAL ONE(*)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  ...3983 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT:  NO$/SCH*DISPUTED | |

| | | |
|---|---|---|
| **CB ACCOUNTS**** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 1289 | Court Claim Number: | ACCOUNT NO.:  1773... |
| | CLAIM:  0.00 | |
| PEORIA, IL  61654 | COMMENT:  DISPUTED | |

| | | |
|---|---|---|
| **CHASE/JPMORGAN CHASE(*)++** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 17055  *CARDMEMBER SRVCS | Court Claim Number: | ACCOUNT NO.:  ...8993 |
| ATN BKRPTCY TRSTEE PMT PRCSSNG | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850-7055 | COMMENT: | |

| | | |
|---|---|---|
| **EQUITABLE GAS CO (*)** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 225 NORTH SHORE DR | Court Claim Number:8 | ACCOUNT NO.:  1541648 |
| | CLAIM:  9,305.27 | |
| PITTSBURGH, PA  15212 | COMMENT:  1010121159005~NO$/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:9 | ACCOUNT NO.:  7801 |
| | CLAIM:  2,019.62 | |
| NORFOLK, VA  23541 | COMMENT:  FR CAP ONE-DOC 61*HSBC BANK | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:10 | ACCOUNT NO.:  7232 |
| | CLAIM:  889.86 | |
| NORFOLK, VA  23541 | COMMENT:  HSBC*FR CAP ONE-DOC 60 | |

| PNC BANK FORMERLY NATIONAL CITY BANK** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number: | ACCOUNT NO.: ...8266 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| PEOPLES NATURAL GAS CO LLC* | Trustee Claim Number:22 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| ATTN: BANKRUPTCY DEPARTMENT | Court Claim Number:1 | ACCOUNT NO.: ...9416 |
| 225 NORTH SHORE DRIVE STE 300 | | |
| | CLAIM:  1,242.68 | |
| PITTSBURGH, PA  15212 | COMMENT: | |

| PNC BANK NA | Trustee Claim Number:23 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| POB 94982 | Court Claim Number: | ACCOUNT NO.: ...8266 |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44101 | COMMENT:  DISPUTED | |

| QMC COLLECTION DEPARTMENT | Trustee Claim Number:24 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 18210 | Court Claim Number: | ACCOUNT NO.: ...0176 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15236 | COMMENT:  NO$/SCH*DISPUTED | |

| PITTSBURGH WATER & SEWER AUTH* | Trustee Claim Number:25 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O JORDAN TAX SERVICE INC* | Court Claim Number: | ACCOUNT NO.: ...0813 |
| 102 RAHWAY RD | | |
| | CLAIM:  0.00 | |
| MCMURRAY, PA  15317 | COMMENT: | |

| TURTLE CREEK VALLEY COUNCIL OF GOVERNI | Trustee Claim Number:26 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| PO BOX 778 | Court Claim Number: | ACCOUNT NO.: 0515 |
| | CLAIM:  0.00 | |
| MONROEVILLE, PA  15146 | COMMENT:  NT ADR/SCH | |

| UPP - UNIVERSITY OF PITTSBURGH PHYSICIAN | Trustee Claim Number:27 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O CONVERGENT HEALTHCARE RECOVERIES | Court Claim Number:11 | ACCOUNT NO.: 8870 |
| PO BOX 1289 | | |
| | CLAIM:  1,002.40 | |
| PEORIA, IL  61654 | COMMENT:  0001/SCH | |

| ANDREW F GORNALL ESQ | Trustee Claim Number:28 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  US BANK/PRAE | |

| PNC BANK | Trustee Claim Number:29 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| ATTN AVP - LOC ID P1-POPP-18-1 | Court Claim Number:2 | ACCOUNT NO.: 9836 |
| 249 FIFTH AVE | | |
| | CLAIM:  436.52 | |
| PITTSBURGH, PA  15222 | COMMENT:  450.42/PL | |

| US BANK NA | Trustee Claim Number:30 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| C/O SELECT PORTFOLIO SRVCNG INC* | Court Claim Number:13-2 | ACCOUNT NO.: 6743 |
| POB 65450* | | |
| | CLAIM:  19,755.29 | |
| SALT LAKE CITY, UT  84165 | COMMENT:  18510/PL@CHASE HM FNC*AMD*THRU 5/13*FLD AFT BAR | |

| | | |
|---|---|---|
| **ANDREW F GORNALL ESQ** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  US BANK/PRAE | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTH\*** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC\* | Court Claim Number:7 | ACCOUNT NO.:  83-A-92; 2011, 2013  NON INT |
| 102 RAHWAY RD | | |
| | CLAIM:  46.88 | |
| MCMURRAY, PA  15317 | COMMENT:  CL 7 GOVS\*390.64@10%/TTL PL~2010-11\*DKT\*W/8\*CL=65.71~PIF/CR/LTR | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTH\*** | Trustee Claim Number:33  INT %:  10.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC\* | Court Claim Number:7 | ACCOUNT NO.:  83-F-210; 2011, 2013 |
| 102 RAHWAY RD | | |
| | CLAIM:  521.02 | |
| MCMURRAY, PA  15317 | COMMENT:  CL 7 GOVS\*390.64@10%/TTL PL~2010-11\*W/34\*CL = 630.89~PIF/CR | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTH\*** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC\* | Court Claim Number:7 | ACCOUNT NO.:  83-F-210; 2011, 2013  NON INT |
| 102 RAHWAY RD | | |
| | CLAIM:  137.69 | |
| MCMURRAY, PA  15317 | COMMENT:  CL 7 GOVS\*390.64@10%/TTL PL~2010-11\*W/33\*CL = 152.63~PIF/CR/LTR | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)\*** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:4 | ACCOUNT NO.:  83-A-92;09-11,13\*NON% |
| POB 200 | | |
| | CLAIM:  591.05 | |
| BETHEL PARK, PA  15102 | COMMENT:  CL 4 GOVS\*1923.61@12%~07-11@TOT/PL\*W/4 | |