**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DAVID L. WILLIAMS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Repondents. | Case No.:13-21954 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 22, 2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/03/2013 and confirmed on 7/1/13. The case was subsequently       Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 119,373.00 |
| Less Refunds to Debtor | 2,227.48 | |
| TOTAL AMOUNT OF PLAN FUND | | 117,145.52 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,981.00 | |
|    Trustee Fee | 4,642.84 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,623.84 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA | 0.00 | 48,342.29 | 0.00 | 48,342.29 |
|     Acct: 6743 | | | | |
|   US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4439 | | | | |
|   PNC BANK | 0.00 | 13,721.96 | 0.00 | 13,721.96 |
|     Acct: 9836 | | | | |
|   PNC BANK | 436.52 | 436.52 | 0.00 | 436.52 |
|     Acct: 9836 | | | | |
|   US BANK NA | 19,755.29 | 19,755.29 | 0.00 | 19,755.29 |
|     Acct: 6743 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (I | 8,056.14 | 8,056.14 | 1,855.22 | 9,911.36 |
|     Acct: XXXXXXXXX9-13 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 1,396.27 | 1,396.27 | 443.67 | 1,839.94 |
|     Acct: XXXXXXXXXXXX1,13 | | | | |
|   EQUITABLE GAS CO(*) | 5,974.18 | 5,974.18 | 0.00 | 5,974.18 |
|     Acct: XXXXXXXXXXXXX7-13 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 345.79 | 345.79 | 99.42 | 445.21 |
|     Acct: XXXXXXXXXXXXXX2013 | | | | |
|   WOODLAND HILLS SD (TURTLECREEK)(F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX9;07 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 46.88 | 46.88 | 0.00 | 46.88 |
|     Acct: XXXXXXXXXXXXXXXXXXXX INT | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 521.02 | 521.02 | 154.48 | 675.50 |
|     Acct: XXXXXXXXXXXXXXX2013 | | | | |
|   PITTSBURGH WATER & SEWER AUTH* | 137.69 | 137.69 | 0.00 | 137.69 |
|     Acct: XXXXXXXXXXXXXXXXXXXX INT | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 591.05 | 591.05 | 0.00 | 591.05 |
|     Acct: XXXXXXXXXXXXXXXNON% | | | | |
| | | | | 101,877.87 |
| **Priority** | | | | |
|   EUGENE D FRANK ESQ* | 1,981.00 | 1,981.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID L. WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |

13-21954                                                                       Page 2 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: | | | | |
| DAVID L. WILLIAMS | 2,227.48 | 2,227.48 | 0.00 | 0.00 |
| Acct: | | | | |
| LYNNETTE WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY\* | 6,488.14 | 2,811.77 | 0.00 | 2,811.77 |
| Acct: 8013 | | | | |
| GINA SPRUILL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX5457 | | | | |
| PREMIER RECOVERY SERVICES INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1829 | | | | |
| AFNI INC\*\*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BACK BOWL I LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3983 | | | | |
| CB ACCOUNTS\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3... | | | | |
| CHASE/JPMORGAN CHASE(\*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8993 | | | | |
| EQUITABLE GAS CO(\*) | 9,305.27 | 4,032.62 | 0.00 | 4,032.62 |
| Acct: XXX1648 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,019.62 | 875.24 | 0.00 | 875.24 |
| Acct: 7801 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 889.86 | 385.64 | 0.00 | 385.64 |
| Acct: 7232 | | | | |
| PNC BANK FORMERLY NATIONAL CITY E | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8266 | | | | |
| PEOPLES NATURAL GAS CO LLC\* | 1,242.68 | 538.54 | 0.00 | 538.54 |
| Acct: XXX9416 | | | | |
| QMC COLLECTION DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0176 | | | | |
| UPP - UNIVERSITY OF PITTSBURGH PHY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8870 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8266 | | | | |
| PITTSBURGH WATER & SEWER AUTH\* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0813 | | | | |
| TURTLE CREEK VALLEY COUNCIL OF G( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0515 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,643.81 |

TOTAL PAID TO CREDITORS                                                                                                                                                                           110,521.68

| TOTAL | |
|---|---|
| CLAIMED | 0.00 |
| PRIORITY | 37,260.83 |
| SECURED | 19,945.57 |

Date: 06/22/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　DAVID L. WILLIAMS<br><br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:13-21954<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-21954-CMB
David L. Williams                                                               Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dsaw                 Page 1 of 4              Date Rcvd: Jun 25, 2018
                             Form ID: pdf900            Total Noticed: 85

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.

```
db              David L. Williams,    P.O. Box 5426,    Pittsburgh, PA 15206-0426
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +PNC Bank, N.A.,    C/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
                 4 Reservoir Circle,    Baltimore, MD 21208-6319
cr             +U.S. Bank National Association, Et Al...,    Stern & Eisenberg,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
cr             +University of Pittsburgh c/o Convergent Healthcare,    Attn: Gail Blair, OPS Support,
                 PO Box 1289,    Peoria,, IL 61654-1289
13709552       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13636537       +CB Accounts Inc.,    124 SW Adams Street,    Suite 215,    Peoria, IL 61602-2321
13631900        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13631901       +Chase,    PO Box 24696,    Columbus, OH 43224-0696
13636540        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13631902       +Chase Home Finance LLC,    MAIL CODE: OH4-7119,    3415 Vision Drive,    Columbus, OH 43219-6009
13636542       +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
13636543       +City & School District of PGH,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13631904       +City and SD of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
                 Pittsburgh, PA 15219-6101
13665889       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13631903        City and School Treasurer's Office,    Real Estate Division,    414 Grant Street,
                 Pittsburgh, PA 15219-2476
13636545       +Client Services, Inc.,    3451 Harry S Truman Blvd.,    Saint Charles, MO 63301-9816
13636546       +Convergent Healthcare Recoveries, Inc.,    124 SW Adams Street,    Suite 215,
                 Peoria, IL 61602-2321
13631905       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
                 Pittsburgh, PA 15219-6101
13631907        Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,    Attn: Peter Ashcroft, Esquire,
                 Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
13636549        Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Attn: Peter Ashcroft, Esquire,
                 Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
13636550       +Duquesne Light Customer Service,    411 Seventh Avenue (6-1),    Pittsburgh, PA 15219-1942
13636551       +Duquesne Light Legal,    411 Seventh Avenue (16-1),    Pittsburgh, PA 15219-1942
13631908       +EMC Mortgage,    P.O. Box 293150,    Lewisville, TX 75029-3150
13631909        EMC Mortgage Corp,    Customer Service Department,    P.O. Box 293150,
                 Lewisville, TX 75029-3150
13631910        Equitable Gas,    Allegheny Ctr Mall Ste 2000,    Pittsburgh, PA 15212
13631911       +Equitable Gas,    225 North Shore Drive - 2nd Floor,    Pittsburgh, PA 15212-5860
13631912       +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive, 2nd Floor,
                 Pittsburgh, PA 15212-5860
13631913       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13636556       +Gina Spruill,    5718 Wellesley Street #2,    Pittsburgh, PA 15206-2136
13636557       +Gina Spruill,    7630 Kelly Street,    Pittsburgh, PA 15208-2019
13631914       +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13631915       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk, VA 23541-0907
13631916        HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
13636562       +JP Morgan Chase Bank, N.A.,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13636563        JPMorgan Chase Bank, N.A.,    MC: OH4-7302,    3415 Vision Drive,    Columbus, OH 43219-6009
13631917        Jordan Tax Service, Inc.,    P.O. Box 200,    Bethel Park, PA 15102-0200
13631918       +KML Law Group, P.C.,    BNY Mellon Independence Center,    Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1541
13636565       +Lynnette Williams,    59 N. Bryant Avenue,    Pittsburgh, PA 15202-3346
13631919       +National City Card Ser,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13636566       +National City Card Service,    1 Financial Pkwy,    Kalamazoo, MI 49009-8003
13636568        PA Child Support Enforce,    440 Ross Street,    Pittsburgh, PA 15219-2117
13631924        PNC Bank,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
13631923       +PNC Bank,    PO Box 94982,    Cleveland, OH 44101-4982
13636573        PNC Bank, N.A.,    P.O. Box 5570,    Cleveland, OH 44101-0570
13636574       +PNC Bank, P.A.,    c/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
                 4 Reservoir Circle,    Baltimore, MD 21208-6319
13636575        PNC Bank/Credit Card,    P.O. Box 856177,    Louisville, KY 40285-6177
13636570        Peoples Natural Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
13636569       +Peoples Natural Gas Co. LLC,    Attn: Andrew Weisner,    375 North Shore Dr., Suite 600,
                 Pittsburgh, PA 15212-5866
13631922       +Pittsburgh Water & Sewer Authority,    c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13636577       +Premier Recovery Service, Inc.,    P.O. Box 211599,    Denver, CO 80221-0381
13636578       +Premier Recovery Services, Inc.,    P.O. Box 14235,    Pittsburgh, PA 15239-0235
```

```
District/off: 0315-2           User: dsaw                   Page 2 of 4                   Date Rcvd: Jun 25, 2018
                               Form ID: pdf900              Total Noticed: 85

13636579       +QMC Collection Department,    PO Box 18210,    Pittsburgh, PA 15236-0210
13631925       +The Pittsburgh Water and Sewer Authority,    Penn Liberty Plaza I,    1200 Penn Avenue,
                 Pittsburgh, PA 15222-4216
13631926       +Turtle Creek Valley COG,    P.O. Box 318,    Turtle Creek, PA 15145-0318
13636583       +Turtle Creek Valley COG,    P.O. Box 778,    Monroeville, PA 15146-0778
13773020       +U.S. Bank NA, successor trustee to Bank,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13713649       +U.S. Bank National Association, as Trustee, succes,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13636586        UPMC Mercy,    P.O. Box 382059,    Pittsburgh, PA 15250-8059
13636589       +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
13636587        UPMC Physician Services,    417 Bridge Street,    Danville, VA 24541-1403
13710037       +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,    PO Box 1289,
                 Peoria, IL 61654-1289
13631927       +US Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
13636584       +United Collection Bureau, Inc.,    5620 Southwyck Blvd. Suite 206,    Toledo, OH 43614-1501
13631928       +Woodland Hills School District,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
                 Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:17:22
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13631894       +E-mail/Text: EBNProcessing@afni.com Jun 26 2018 02:12:56      AFNI, Inc.,   PO Box 3667,
                 Bloomington, IL 61702-3667
13631896        E-mail/Text: kburkley@bernsteinlaw.com Jun 26 2018 02:13:33      BERNSTEIN LAW FIRM,
                 707 Grant St.,    Ste 2200 Gulf Tower,    Pittsburgh, PA 15219-1900
13631895       +E-mail/Text: bncmail@w-legal.com Jun 26 2018 02:12:59      Back Bowl I LLC,
                 c/o Weinstein and Riley, PS,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13631899        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2018 02:17:59     Capital One Bank,
                 P.O. Box 85520,    Richmond, VA 23285
13636535        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2018 02:17:58     Capital One,
                 Attn: General Correspondence,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13631898       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2018 02:16:45     Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
13631897        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2018 02:16:44     Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
13636548       +E-mail/Text: abovay@creditmanagementcompany.com Jun 26 2018 02:13:18      Credit Management Co.,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13631906       +E-mail/Text: kburkley@bernsteinlaw.com Jun 26 2018 02:13:33      Duquesne Light Company,
                 Customer Care Department,    411 Seventh Avenue, MD 6-1,    Pittsburgh, PA 15219-1942
13631920       +E-mail/Text: Bankruptcies@nragroup.com Jun 26 2018 02:13:55      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13631921       +E-mail/Text: Bankruptcies@nragroup.com Jun 26 2018 02:13:55      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13873483        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:18:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13636576       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2018 02:17:22
                 PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
13636580       +E-mail/Text: kburkley@bernsteinlaw.com Jun 26 2018 02:13:33      S. James Wallace, Esquire,
                 Griffith, McCague & Wallace, P.C.,    The Gulf Tower, 38th Floor,    707 Grant Street,
                 Pittsburgh, PA 15219-1908
13987151       +E-mail/Text: jennifer.chacon@spservicing.com Jun 26 2018 02:13:57
                 U.S. Bank, N.A., successor trustee to LaSalle Bank,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65450,    Salt Lake City, UT 84165-0450
13636585       +E-mail/Text: BankruptcyNotice@upmc.edu Jun 26 2018 02:13:27      UPMC Mercy,
                 Quantum I Building/Third Floor,    Distribution Room # 386,    2 Hot Metal Street,
                 Pittsburgh, PA 15203-2348
13636588       +E-mail/Text: BankruptcyNotice@upmc.edu Jun 26 2018 02:13:27      UPMC Physician Services,
                 1650 Metropolitan Street,    Third-Floor-Customer Service,    Pittsburgh, PA 15233-2213
13636592        E-mail/Text: giglmi@whsd.net Jun 26 2018 02:13:48      Woodland Hills School District,
                 Administrative Office,    2430 Greensburg Pike,    Pittsburgh, PA 15221-3611
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              City and SD of Pittsburgh
cr              Pittsburgh Water & Sewer Authority
cr              U.S. Bank NA, successor trustee to Bank of Americ
cr              U.S. Bank NA, successor trustee to Bank of Americ
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
cr              U.S. Bank, National Association, as Trustee
cr*            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr*            +Woodland Hills School District,    Administrative Office,    2430 Greensburg Pike,
                 Pittsburgh, PA 15221-3611
13636532*      +AFNI, Inc.,    PO Box 3667,    Bloomington, IL 61702-3667
13636533*      +Back Bowl I LLC,    c/o Weinstein and Riley, PS,    2001 Western Avenue, Ste. 400,
                 Seattle, WA 98121-3132
13636536*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank,      P.O. Box 85520,    Richmond, VA 23285)
```

```
District/off: 0315-2           User: dsaw                  Page 3 of 4                  Date Rcvd: Jun 25, 2018
                               Form ID: pdf900             Total Noticed: 85

              ***** BYPASSED RECIPIENTS (continued) *****
13636534*        +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
13636539*        +Chase,    PO Box 24696,    Columbus, OH 43224-0696
13636538*         Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13636541*        +Chase Home Finance LLC,     MAIL CODE: OH4-7119,    3415 Vision Drive,    Columbus, OH 43219-6009
13636544*         City and School Treasurer's Office,     Real Estate Division,    414 Grant Street,
                   Pittsburgh, PA 15219-2476
13665888*        +County of Allegheny,    c/o Goehring Rutter & Boehm,     437 Grant Street, 14th Floor,
                   Pittsburgh, PA 15219-6101
13636547*        +County of Allegheny,    c/o Goehring Rutter & Boehm,     437 Grant Street 14th Floor,
                   Pittsburgh, PA 15219-6101
13636552*        +EMC Mortgage,    P.O. Box 293150,    Lewisville, TX 75029-3150
13636553*         EMC Mortgage Corp,    Customer Service Department,     P.O. Box 293150,
                   Lewisville, TX 75029-3150
13636554*        +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive, 2nd Floor,
                   Pittsburgh, PA 15212-5860
13636555*        +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                   Pittsburgh, PA 15212-5860
13636558*        +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13636559*        +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,     PO Box 12907,
                   Norfolk, VA 23541-0907
13636560*         HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
13636561*         Jordan Tax Service, Inc.,    P.O. Box 200,    Bethel Park, PA 15102-0200
13636564*        +KML Law Group, P.C.,    BNY Mellon Independence Center,     Suite 5000,    701 Market Street,
                   Philadelphia, PA 19106-1541
13636567*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13636572*         PNC Bank,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
13636571*        +Pittsburgh Water & Sewer Authority,     c/o Goehring, Rutter & Boehm,
                   437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13636581*        +The Pittsburgh Water and Sewer Authority,     Penn Liberty Plaza I,    1200 Penn Avenue,
                   Pittsburgh, PA 15222-4216
13636582*        +Turtle Creek Valley COG,    P.O. Box 318,    Turtle Creek, PA 15145-0318
13636590*        +US Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
13636591*        +Woodland Hills School District,    c/o Goehring Rutter & Boehm,     437 Grant Street 14th Floor,
                   Pittsburgh, PA 15219-6101
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                             TOTALS: 7, * 28, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank, National Association, as Trustee
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America,
               NA, successor to LaSalle Bank NA, as trustee, for the certificateholders of the Bear Stearns
               Asset Backed Securities I LLC Asset-Backed Certificate andygornall@latouflawfirm.com
              Eugene D. Frank    on behalf of Debtor David L. Williams efrank.esq@comcast.net
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-HE1, Asset-Backed Certificates Series 2005-HE1 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City and SD of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
```

```
District/off: 0315-2           User: dsaw                    Page 4 of 4                  Date Rcvd: Jun 25, 2018
                               Form ID: pdf900               Total Noticed: 85
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA, successor to LaSalle Bank NA, as trustee, for the certificateholders of the Bear Stearns Asset Backed Securities I LLC Asset-Backed Certificate mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE1, Asset-Backed Certificates Series 2005-HE1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William E. Miller    on behalf of Creditor    U.S. Bank National Association, Et Al... wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com

                                                                                                                            TOTAL: 15